■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL O'MEARA, Appellant.—Judgment unanimously affirmed. Memorandum: The testimony of the three police officers was sufficient to establish that defendant was intoxicated. We note the proof of defendant's erratic driving, impaired coordination, and extreme irrationality and belligerence *(see, People v Smith,* 179 AD2d 1060). Defendant's sentence is not harsh or severe. (Appeal from Judgment of Erie County Court, Drury, J.—Felony Driving While Intoxicated.) Present—Denman, P. J., Green, Balio, Boehm and Fallon, JJ.